## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sean W. Geist                    CHAPTER 7

Debtor(s)

BKY. NO. 20-11837 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Village Capital & Investment, LLC and index same on the master mailing list.

                                                  Respectfully submitted,
                                                  **/s/ Rebecca A. Solarz Esquire**
                                                  Rebecca A Solarz, Esquire
                                                  Kevin G. McDonald, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322