Certificate Number: 14912-PAE-DE-034365430

Bankruptcy Case Number: 20-11837



14912-PAE-DE-034365430

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>April 19, 2020</u>, at <u>5:20</u> o'clock <u>PM EDT</u>, <u>Sean Geist</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 21, 2020</u>

By:   <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>