02/06/2020

Sean W. Geist

0.00
**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 01/26/2020 |
| Period Ending: | 02/01/2020 |
| Pay Date: | 02/06/2020 |
| Total Hours: | 47.45 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** |
|---|---|---|
| Vacation | 0.00 | 41.12 |

| **NET PAY:** | **$587.59** |
|---|---|
| Acct#....4732: | $587.59 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 5,391.71 |
| Overtime Pay | 7.45 | 36.75 | 273.79 | 837.17 |
| Vacation Pay | - | 24.50 | 0.00 | 134.02 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 559.44 |
| LST Tax | 1.00 | 6.00 |
| withholding for support | 276.92 | 1,661.52 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 158.28 | 780.78 |
| Social Security | 71.96 | 384.12 |
| Medicare | 16.82 | 89.83 |
| PA Income Tax | 35.63 | 190.20 |
| PA SUI Employee | 0.75 | 4.05 |
| Mountville | 5.80 | 30.98 |
| Hempfield SD PSD 360803 | 5.80 | 30.98 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,253.79 | $6,754.90 |
| Taxes | $295.04 | $1,510.94 |
| Deductions | $371.16 | $2,226.96 |

**Net Pay**      **$587.59**

02/06/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 01/26/2020 |
| Period Ending: | 02/01/2020 |
| Pay Date: | 02/06/2020 |
| Total Hours: | 47.45 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** |
|---|---|---|
| Vacation | 0.00 | 41.12 |

| **NET PAY:** | **$587.59** |
|---|---|
| Acct#....4732: | $587.59 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 5,391.71 |
| Overtime Pay | 7.45 | 36.75 | 273.79 | 837.17 |
| Vacation Pay | - | 24.50 | 0.00 | 134.02 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 559.44 |
| LST Tax | 1.00 | 6.00 |
| withholding for support | 276.92 | 1,661.52 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 158.28 | 780.78 |
| Social Security | 71.96 | 384.12 |
| Medicare | 16.82 | 89.83 |
| PA Income Tax | 35.63 | 190.20 |
| PA SUI Employee | 0.75 | 4.05 |
| Mountville | 5.80 | 30.98 |
| Hempfield SD PSD 360803 | 5.80 | 30.98 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,253.79 | $6,754.90 |
| Taxes | $295.04 | $1,510.94 |
| Deductions | $371.16 | $2,226.96 |

**Net Pay**     **$587.59**

02/13/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

| **PAY PERIOD** | |
|---|---|
| Period Beginning | 02/02/2020 |
| Period Ending: | 02/08/2020 |
| Pay Date: | 02/13/2020 |
| Total Hours: | 41.99 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** |
|---|---|---|
| Vacation | 0.00 | 42.96 |

| **NET PAY:** | **$454.70** |
|---|---|
| Acct#....4732: | $454.70 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 6,371.71 |
| Overtime Pay | 1.99 | 36.75 | 73.13 | 910.30 |
| Vacation Pay | - | 24.50 | 0.00 | 134.02 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 652.68 |
| LST Tax | 1.00 | 7.00 |
| withholding for support | 276.92 | 1,938.44 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 114.14 | 894.92 |
| Social Security | 59.51 | 443.63 |
| Medicare | 13.92 | 103.75 |
| PA Income Tax | 29.47 | 219.67 |
| PA SUI Employee | 0.63 | 4.68 |
| Mountville | 4.80 | 35.78 |
| Hempfield SD PSD 360803 | 4.80 | 35.78 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,053.13 | $7,808.03 |
| Taxes | $227.27 | $1,738.21 |
| Deductions | $371.16 | $2,598.12 |

**Net Pay**     **$454.70**

02/13/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 02/02/2020 |
| Period Ending: | 02/08/2020 |
| Pay Date: | 02/13/2020 |
| Total Hours: | 41.99 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** |
|---|---|---|
| Vacation | 0.00 | 42.96 |

| **NET PAY:** | **$454.70** |
|---|---|
| Acct#....4732: | $454.70 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 6,371.71 |
| Overtime Pay | 1.99 | 36.75 | 73.13 | 910.30 |
| Vacation Pay | - | 24.50 | 0.00 | 134.02 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 652.68 |
| LST Tax | 1.00 | 7.00 |
| withholding for support | 276.92 | 1,938.44 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 114.14 | 894.92 |
| Social Security | 59.51 | 443.63 |
| Medicare | 13.92 | 103.75 |
| PA Income Tax | 29.47 | 219.67 |
| PA SUI Employee | 0.63 | 4.68 |
| Mountville | 4.80 | 35.78 |
| Hempfield SD PSD 360803 | 4.80 | 35.78 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,053.13 | $7,808.03 |
| Taxes | $227.27 | $1,738.21 |
| Deductions | $371.16 | $2,598.12 |

**Net Pay**     **$454.70**

02/20/2020

Sean W. Geist

0.00

***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 02/09/2020 |
| Period Ending: | 02/15/2020 |
| Pay Date: | 02/20/2020 |
| Total Hours: | 44.87 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 44.81 |

| | |
|---|---|
| **NET PAY:** | **$524.77** |
| Acct#....4732: | $524.77 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 7,351.71 |
| Overtime Pay | 4.87 | 36.75 | 178.97 | 1,089.27 |
| Vacation Pay | - | 24.50 | 0.00 | 134.02 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 745.92 |
| LST Tax | 1.00 | 8.00 |
| withholding for support | 276.92 | 2,215.36 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 137.42 | 1,032.34 |
| Social Security | 66.08 | 509.71 |
| Medicare | 15.46 | 119.21 |
| PA Income Tax | 32.72 | 252.39 |
| PA SUI Employee | 0.70 | 5.38 |
| Mountville | 5.33 | 41.11 |
| Hempfield SD PSD 360803 | 5.33 | 41.11 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,158.97 | $8,967.00 |
| Taxes | $263.04 | $2,001.25 |
| Deductions | $371.16 | $2,969.28 |

**Net Pay**     **$524.77**

02/20/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 02/09/2020 |
| Period Ending: | 02/15/2020 |
| Pay Date: | 02/20/2020 |
| Total Hours: | 44.87 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 44.81 |

| NET PAY: | $524.77 |
|---|---|
| Acct#....4732: | $524.77 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 7,351.71 |
| Overtime Pay | 4.87 | 36.75 | 178.97 | 1,089.27 |
| Vacation Pay | - | 24.50 | 0.00 | 134.02 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 745.92 |
| LST Tax | 1.00 | 8.00 |
| withholding for support | 276.92 | 2,215.36 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 137.42 | 1,032.34 |
| Social Security | 66.08 | 509.71 |
| Medicare | 15.46 | 119.21 |
| PA Income Tax | 32.72 | 252.39 |
| PA SUI Employee | 0.70 | 5.38 |
| Mountville | 5.33 | 41.11 |
| Hempfield SD PSD 360803 | 5.33 | 41.11 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,158.97 | $8,967.00 |
| Taxes | $263.04 | $2,001.25 |
| Deductions | $371.16 | $2,969.28 |

**Net Pay** $524.77

02/27/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 02/16/2020 |
| Period Ending: | 02/22/2020 |
| Pay Date: | 02/27/2020 |
| Total Hours: | 45.37 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** |
|---|---|---|
| Vacation | 0.00 | 46.66 |

| **NET PAY:** | **$536.96** |
|---|---|
| Acct#....4732: | $536.96 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 8,331.71 |
| Overtime Pay | 5.37 | 36.75 | 197.35 | 1,286.62 |
| Vacation Pay | - | 24.50 | 0.00 | 134.02 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 839.16 |
| LST Tax | 1.00 | 9.00 |
| withholding for support | 276.92 | 2,492.28 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 141.47 | 1,173.81 |
| Social Security | 67.21 | 576.92 |
| Medicare | 15.72 | 134.93 |
| PA Income Tax | 33.28 | 285.67 |
| PA SUI Employee | 0.71 | 6.09 |
| Mountville | 5.42 | 46.53 |
| Hempfield SD PSD 360803 | 5.42 | 46.53 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,177.35 | $10,144.35 |
| Taxes | $269.23 | $2,270.48 |
| Deductions | $371.16 | $3,340.44 |

**Net Pay**                    **$536.96**

02/27/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 02/16/2020 |
| Period Ending: | 02/22/2020 |
| Pay Date: | 02/27/2020 |
| Total Hours: | 45.37 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** |
|---|---|---|
| Vacation | 0.00 | 46.66 |

| **NET PAY:** | **$536.96** |
|---|---|
| Acct#....4732: | $536.96 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 8,331.71 |
| Overtime Pay | 5.37 | 36.75 | 197.35 | 1,286.62 |
| Vacation Pay | - | 24.50 | 0.00 | 134.02 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 839.16 |
| LST Tax | 1.00 | 9.00 |
| withholding for support | 276.92 | 2,492.28 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 141.47 | 1,173.81 |
| Social Security | 67.21 | 576.92 |
| Medicare | 15.72 | 134.93 |
| PA Income Tax | 33.28 | 285.67 |
| PA SUI Employee | 0.71 | 6.09 |
| Mountville | 5.42 | 46.53 |
| Hempfield SD PSD 360803 | 5.42 | 46.53 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,177.35 | $10,144.35 |
| Taxes | $269.23 | $2,270.48 |
| Deductions | $371.16 | $3,340.44 |

**Net Pay**         **$536.96**

03/05/2020

Sean W. Geist

0.00

***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 02/23/2020 |
| Period Ending: | 02/29/2020 |
| Pay Date: | 03/05/2020 |
| Total Hours: | 44.29 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| BENEFITS | Used | Available | NET PAY: | $510.69 |
|---|---|---|---|---|
| Vacation | 0.00 | 48.50 | Acct#....4732: | $510.69 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 9,311.71 |
| Overtime Pay | 4.29 | 36.75 | 157.66 | 1,444.28 |
| Vacation Pay | - | 24.50 | 0.00 | 134.02 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 932.40 |
| LST Tax | 1.00 | 10.00 |
| withholding for support | 276.92 | 2,769.20 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 132.73 | 1,306.54 |
| Social Security | 64.76 | 641.68 |
| Medicare | 15.14 | 150.07 |
| PA Income Tax | 32.06 | 317.73 |
| PA SUI Employee | 0.68 | 6.77 |
| Mountville | 5.22 | 51.75 |
| Hempfield SD PSD 360803 | 5.22 | 51.75 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,137.66 | $11,282.01 |
| Taxes | $255.81 | $2,526.29 |
| Deductions | $371.16 | $3,711.60 |

**Net Pay**   $510.69

03/05/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 02/23/2020 |
| Period Ending: | 02/29/2020 |
| Pay Date: | 03/05/2020 |
| Total Hours: | 44.29 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** |
|---|---|---|
| Vacation | 0.00 | 48.50 |

| **NET PAY:** | **$510.69** |
|---|---|
| Acct#....4732: | $510.69 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 9,311.71 |
| Overtime Pay | 4.29 | 36.75 | 157.66 | 1,444.28 |
| Vacation Pay | - | 24.50 | 0.00 | 134.02 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 932.40 |
| LST Tax | 1.00 | 10.00 |
| withholding for support | 276.92 | 2,769.20 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 132.73 | 1,306.54 |
| Social Security | 64.76 | 641.68 |
| Medicare | 15.14 | 150.07 |
| PA Income Tax | 32.06 | 317.73 |
| PA SUI Employee | 0.68 | 6.77 |
| Mountville | 5.22 | 51.75 |
| Hempfield SD PSD 360803 | 5.22 | 51.75 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,137.66 | $11,282.01 |
| Taxes | $255.81 | $2,526.29 |
| Deductions | $371.16 | $3,711.60 |

**Net Pay**     **$510.69**

03/26/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 03/15/2020 |
| Period Ending: | 03/21/2020 |
| Pay Date: | 03/26/2020 |
| Total Hours: | 40.02 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** |
|---|---|---|
| Vacation | 7.06 | 45.92 |

| **NET PAY:** | **$468.77** |
|---|---|
| Acct#....4732: | $468.77 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 32.96 | 24.50 | 807.52 | 12,053.26 |
| Overtime Pay | - | 36.75 | 0.00 | 1,573.27 |
| Vacation Pay | 7.06 | 24.50 | 172.97 | 332.96 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 1,212.12 |
| LST Tax | 1.00 | 13.00 |
| withholding for support | 214.74 | 3,413.42 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 98.16 | 1,629.18 |
| Social Security | 55.01 | 814.64 |
| Medicare | 12.86 | 190.52 |
| PA Income Tax | 27.24 | 403.37 |
| PA SUI Employee | 0.59 | 8.62 |
| Mountville | 4.44 | 65.70 |
| Hempfield SD PSD 360803 | 4.44 | 65.70 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $980.49 | $14,351.49 |
| Taxes | $202.74 | $3,177.73 |
| Deductions | $308.98 | $4,638.54 |

**Net Pay**           **$468.77**

03/26/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

| **PAY PERIOD** | |
|---|---|
| Period Beginning | 03/15/2020 |
| Period Ending: | 03/21/2020 |
| Pay Date: | 03/26/2020 |
| Total Hours: | 40.02 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** |
|---|---|---|
| Vacation | 7.06 | 45.92 |

| **NET PAY:** | **$468.77** |
|---|---|
| Acct#....4732: | $468.77 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 32.96 | 24.50 | 807.52 | 12,053.26 |
| Overtime Pay | - | 36.75 | 0.00 | 1,573.27 |
| Vacation Pay | 7.06 | 24.50 | 172.97 | 332.96 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 1,212.12 |
| LST Tax | 1.00 | 13.00 |
| withholding for support | 214.74 | 3,413.42 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 98.16 | 1,629.18 |
| Social Security | 55.01 | 814.64 |
| Medicare | 12.86 | 190.52 |
| PA Income Tax | 27.24 | 403.37 |
| PA SUI Employee | 0.59 | 8.62 |
| Mountville | 4.44 | 65.70 |
| Hempfield SD PSD 360803 | 4.44 | 65.70 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $980.49 | $14,351.49 |
| Taxes | $202.74 | $3,177.73 |
| Deductions | $308.98 | $4,638.54 |

**Net Pay**      **$468.77**

03/19/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 03/08/2020 |
| Period Ending: | 03/14/2020 |
| Pay Date: | 03/19/2020 |
| Total Hours: | 43.51 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** |
|---|---|---|
| Vacation | 0.00 | 51.13 |

| **NET PAY:** | **$553.86** |
|---|---|
| Acct#....4732: | $553.86 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 11,245.74 |
| Overtime Pay | 3.51 | 36.75 | 128.99 | 1,573.27 |
| Vacation Pay | - | 24.50 | 0.00 | 159.99 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 1,118.88 |
| LST Tax | 1.00 | 12.00 |
| withholding for support | 214.74 | 3,198.68 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 126.43 | 1,531.02 |
| Social Security | 62.98 | 759.63 |
| Medicare | 14.73 | 177.66 |
| PA Income Tax | 31.18 | 376.13 |
| PA SUI Employee | 0.67 | 8.03 |
| Mountville | 5.08 | 61.26 |
| Hempfield SD PSD 360803 | 5.08 | 61.26 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,108.99 | $13,371.00 |
| Taxes | $246.15 | $2,974.99 |
| Deductions | $308.98 | $4,329.56 |

**Net Pay**         **$553.86**

03/19/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **EMPLOYER** | | **PAY PERIOD** | |
|---|---|---|---|
| Lancaster Aero LLC | | Period Beginning | 03/08/2020 |
| 311 Airport Drive | | Period Ending: | 03/14/2020 |
| Smoketown PA 17576 | | Pay Date: | 03/19/2020 |
| | | Total Hours: | 43.51 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** | **NET PAY:** | **$553.86** |
|---|---|---|---|---|
| Vacation | 0.00 | 51.13 | Acct#....4732: | $553.86 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 11,245.74 | Cap Blue - Emp/Children | 93.24 | 1,118.88 |
| Overtime Pay | 3.51 | 36.75 | 128.99 | 1,573.27 | LST Tax | 1.00 | 12.00 |
| Vacation Pay | - | 24.50 | 0.00 | 159.99 | withholding for support | 214.74 | 3,198.68 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 | | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 126.43 | 1,531.02 |
| Social Security | 62.98 | 759.63 |
| Medicare | 14.73 | 177.66 |
| PA Income Tax | 31.18 | 376.13 |
| PA SUI Employee | 0.67 | 8.03 |
| Mountville | 5.08 | 61.26 |
| Hempfield SD PSD 360803 | 5.08 | 61.26 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,108.99 | $13,371.00 |
| Taxes | $246.15 | $2,974.99 |
| Deductions | $308.98 | $4,329.56 |

**Net Pay**             **$553.86**

03/12/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 03/01/2020 |
| Period Ending: | 03/07/2020 |
| Pay Date: | 03/12/2020 |
| Total Hours: | 40.00 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** | **NET PAY:** | **$468.47** |
|---|---|---|---|---|
| Vacation | 1.06 | 49.29 | Acct#....4732: | $468.47 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 38.94 | 24.50 | 954.03 | 10,265.74 | Cap Blue - Emp/Children | 93.24 | 1,025.64 |
| Overtime Pay | - | 36.75 | 0.00 | 1,444.28 | LST Tax | 1.00 | 11.00 |
| Vacation Pay | 1.06 | 24.50 | 25.97 | 159.99 | withholding for support | 214.74 | 2,983.94 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 | | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 98.05 | 1,404.59 |
| Social Security | 54.97 | 696.65 |
| Medicare | 12.86 | 162.93 |
| PA Income Tax | 27.22 | 344.95 |
| PA SUI Employee | 0.59 | 7.36 |
| Mountville | 4.43 | 56.18 |
| Hempfield SD PSD 360803 | 4.43 | 56.18 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $980.00 | $12,262.01 |
| Taxes | $202.55 | $2,728.84 |
| Deductions | $308.98 | $4,020.58 |
| **Net Pay** | **$468.47** | |

03/12/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 03/01/2020 |
| Period Ending: | 03/07/2020 |
| Pay Date: | 03/12/2020 |
| Total Hours: | 40.00 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** | **NET PAY:** | **$468.47** |
|---|---|---|---|---|
| Vacation | 1.06 | 49.29 | Acct#....4732: | $468.47 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 38.94 | 24.50 | 954.03 | 10,265.74 | Cap Blue - Emp/Children | 93.24 | 1,025.64 |
| Overtime Pay | - | 36.75 | 0.00 | 1,444.28 | LST Tax | 1.00 | 11.00 |
| Vacation Pay | 1.06 | 24.50 | 25.97 | 159.99 | withholding for support | 214.74 | 2,983.94 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 | | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 98.05 | 1,404.59 |
| Social Security | 54.97 | 696.65 |
| Medicare | 12.86 | 162.93 |
| PA Income Tax | 27.22 | 344.95 |
| PA SUI Employee | 0.59 | 7.36 |
| Mountville | 4.43 | 56.18 |
| Hempfield SD PSD 360803 | 4.43 | 56.18 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $980.00 | $12,262.01 |
| Taxes | $202.55 | $2,728.84 |
| Deductions | $308.98 | $4,020.58 |

**Net Pay**              **$468.47**

04/09/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 03/29/2020 |
| Period Ending: | 04/04/2020 |
| Pay Date: | 04/09/2020 |
| Total Hours: | 45.60 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** |
|---|---|---|
| Vacation | 0.00 | 49.61 |

| **NET PAY:** | | $604.75 |
|---|---|---|
| Acct#....4732: | | $604.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 14,013.26 |
| Overtime Pay | 5.60 | 36.75 | 205.80 | 1,872.42 |
| Vacation Pay | - | 24.50 | 0.00 | 332.96 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 1,398.60 |
| LST Tax | 1.00 | 15.00 |
| withholding for support | 214.74 | 3,842.90 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 143.32 | 1,891.09 |
| Social Security | 67.74 | 943.15 |
| Medicare | 15.84 | 220.57 |
| PA Income Tax | 33.54 | 467.00 |
| PA SUI Employee | 0.71 | 9.97 |
| Mountville | 5.46 | 76.06 |
| Hempfield SD PSD 360803 | 5.46 | 76.06 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,185.80 | $16,610.64 |
| Taxes | $272.07 | $3,683.90 |
| Deductions | $308.98 | $5,256.50 |

**Net Pay** **$604.75**

04/09/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 03/29/2020 |
| Period Ending: | 04/04/2020 |
| Pay Date: | 04/09/2020 |
| Total Hours: | 45.60 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** |
|---|---|---|
| Vacation | 0.00 | 49.61 |

| **NET PAY:** | **$604.75** |
|---|---|
| Acct#....4732: | $604.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 14,013.26 |
| Overtime Pay | 5.60 | 36.75 | 205.80 | 1,872.42 |
| Vacation Pay | - | 24.50 | 0.00 | 332.96 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 1,398.60 |
| LST Tax | 1.00 | 15.00 |
| withholding for support | 214.74 | 3,842.90 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 143.32 | 1,891.09 |
| Social Security | 67.74 | 943.15 |
| Medicare | 15.84 | 220.57 |
| PA Income Tax | 33.54 | 467.00 |
| PA SUI Employee | 0.71 | 9.97 |
| Mountville | 5.46 | 76.06 |
| Hempfield SD PSD 360803 | 5.46 | 76.06 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,185.80 | $16,610.64 |
| Taxes | $272.07 | $3,683.90 |
| Deductions | $308.98 | $5,256.50 |

**Net Pay**   **$604.75**

04/02/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 03/22/2020 |
| Period Ending: | 03/28/2020 |
| Pay Date: | 04/02/2020 |
| Total Hours: | 42.54 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** |
|---|---|---|
| Vacation | 0.00 | 47.77 |

| **NET PAY:** | | **$530.27** |
|---|---|---|
| Acct#....4732: | | $530.27 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 13,033.26 |
| Overtime Pay | 2.54 | 36.75 | 93.35 | 1,666.62 |
| Vacation Pay | - | 24.50 | 0.00 | 332.96 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 1,305.36 |
| LST Tax | 1.00 | 14.00 |
| withholding for support | 214.74 | 3,628.16 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 118.59 | 1,747.77 |
| Social Security | 60.77 | 875.41 |
| Medicare | 14.21 | 204.73 |
| PA Income Tax | 30.09 | 433.46 |
| PA SUI Employee | 0.64 | 9.26 |
| Mountville | 4.90 | 70.60 |
| Hempfield SD PSD 360803 | 4.90 | 70.60 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,073.35 | $15,424.84 |
| Taxes | $234.10 | $3,411.83 |
| Deductions | $308.98 | $4,947.52 |

**Net Pay**         **$530.27**

04/02/2020

Sean W. Geist

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Sean W. Geist
18 E. hoover St
Mountville PA 17554

**EMPLOYER**
Lancaster Aero LLC
311 Airport Drive
Smoketown PA 17576

| **PAY PERIOD** | |
|---|---|
| Period Beginning | 03/22/2020 |
| Period Ending: | 03/28/2020 |
| Pay Date: | 04/02/2020 |
| Total Hours: | 42.54 |

**EMPLOYEE**
Sean W. Geist
18 E. hoover St
Mountville PA 17554

| **BENEFITS** | **Used** | **Available** |
|---|---|---|
| Vacation | 0.00 | 47.77 |

| **NET PAY:** | **$530.27** |
|---|---|
| Acct#....4732: | $530.27 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 24.50 | 980.00 | 13,033.26 |
| Overtime Pay | 2.54 | 36.75 | 93.35 | 1,666.62 |
| Vacation Pay | - | 24.50 | 0.00 | 332.96 |
| Holiday Pay | - | 24.50 | 0.00 | 392.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cap Blue - Emp/Children | 93.24 | 1,305.36 |
| LST Tax | 1.00 | 14.00 |
| withholding for support | 214.74 | 3,628.16 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 118.59 | 1,747.77 |
| Social Security | 60.77 | 875.41 |
| Medicare | 14.21 | 204.73 |
| PA Income Tax | 30.09 | 433.46 |
| PA SUI Employee | 0.64 | 9.26 |
| Mountville | 4.90 | 70.60 |
| Hempfield SD PSD 360803 | 4.90 | 70.60 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,073.35 | $15,424.84 |
| Taxes | $234.10 | $3,411.83 |
| Deductions | $308.98 | $4,947.52 |

**Net Pay**                     **$530.27**