```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
```

In re:                                                            Case No. 20-11837-pmm
Sean W. Geist                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Antoinett            Page 1 of 1           Date Rcvd: Jul 13, 2020
                              Form ID: 195               Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2020.
db             +Sean W. Geist,   18 E Hoover Street,   Mountville, PA 17554-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2020 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              DAVID W. PARK    on behalf of Creditor    Belco Community Credit Union dpark@martsonlaw.com,
               teckenroad@martsonlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Village Capital & Investment, LLC
               bkgroup@kmllawgroup.com
              STEPHEN MCCOY OTTO    on behalf of Debtor Sean W. Geist steve@sottolaw.com,  info@sottolaw.com,
               no_reply@ecf.inoruptcy.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Sean W. Geist  : Case No. 20−11837−pmm
    Debtor(s)

***ORDER***
_____

AND NOW, this day , July 13th, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

19
Form 195